**FILED**

MARIE RAMSEY - HIRST COURT CLERK
CANADIAN COUNTY OKLA.

OCT 13 2015

BY _____

DEPUTY

## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

REINALDO LOZANO,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
.　v.　　　　　　　　　　　　　　　　　　)　　Case No.: CJ-2015- **57S**
　　　　　　　　　　　　　　　　　　　　)
GOLDEN RULE INSURANCE COMPANY,　)
　　　　　　　　　　　　　　　　　　　　)　　**CASE ASSIGNED TO:**
　　　　　　　　Defendant.　　　　　　　)

### PETITION　　　　　·　JUDGE: **GARY E. MILLER**

COMES NOW the Plaintiff, Reinaldo Lozano, and for his causes of action against

Defendant Golden Rule Insurance Company, alleges and states as follows:

### I. JURISDICTION AND VENUE

1.　Plaintiff Reinaldo Lozano ("Lozano") is a resident of El Reno, Canadian

County, State of Oklahoma.

2.　Defendant Golden Rule Insurance Company ("Golden Rule") is an

insurance company incorporated in the State of Indiana and licensed to and engaged in

the business of insurance in the State of Oklahoma, including Canadian County.

3.　The events which give rise to this lawsuit occurred in El Reno, Canadian

County, Oklahoma.

4.　The District Court in and for Canadian County has jurisdiction over the

partiers 12 O.S. §§ 137 and 187.

### FACTS

5.　Plaintiff hereby adopts and alleges each of the facts and allegations set

forth in paragraphs 1-4 above.



6. Golden Rule issued an individual health insurance policy to Plaintiff, Policy No. G27SVR2012 and Certificate No. 093-172596, effective June 15, 2013 ("the Policy"), which provided health insurance to Plaintiff.

7. While the policy was in force and Plaintiff was entitled to benefits, Plaintiff fell from a roof and suffered injuries that required medical treatment. Plaintiff's injuries ultimately required surgery to his neck, which was performed on September 26, 2013.

8. Plaintiff submitted all medical bills related to the September 26, 2013 neck surgery as well as all medical bills for preoperative and postoperative appointments and rehabilitation services to Golden Rule.

9. On September 4, 2013, Plaintiff received an Explanation of Benefits from Golden Rule stating that the services received from INTEGRIS Canadian Valley Hospital on August 14, 2013 were covered and benefits were provided for in the amount of $3903.00. (*Explanation of Benefits from Golden Rule*, 09/04/13, attached as Exhibit "1"). That same day, Plaintiff also received an Explanation of Benefits from Golden Rule stating that the services received from Radiology Associates on August 14, 2013 were covered and benefits were provided for in the amount of $360.53. (Ex. "1").

10. Subsequently, on October 22, 2015, Plaintiff received another Explanation of Benefits from Golden Rule that showed that medical services rendered to Plaintiff relating to the neck surgery on September 26, 2013 were covered. (*Explanation of Benefits from Golden Rule*, 10/22/13, attached as Exhibit "2"). That same day, Plaintiff also received an Explanation of Benefits from Golden Rule that confirmed services provided by NeuroScience Specialists, Oklahoma Spine and American Intraoperative

Monitoring relating to the neck surgery on September 26, 2013 were covered and benefits were provided. (Ex. "2"). Lastly, on October 29, 2013, Plaintiff received an Explanation of Benefits that other services provided during the neck surgery on September 26, 2013 were covered and benefits were provided. (*Explanation of Benefits from Golden Rule*, 10/29/13, attached as Exhibit "3").

11.     Notwithstanding the above, on December 9, 2013, Plaintiff received an Explanation of Benefits from Golden Rule stating that services provided by Oklahoma Spine on September 19, 2013 were not covered and no benefits were provided because "THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED. THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE." (*Explanation of Benefits from Golden Rule*, 12/09/13, attached as Exhibit "4"). Plaintiff received another Explanation of Benefits from Golden Rule on December 9, 2013 that services provided by NeuroScience Specialists relating to the surgery on September 26, 2013 as well as postoperative services at the end of September and in October were not covered for the same reasons. (Ex. "4"). Some of the Explanation of Benefits documents also state "PLEASE REFER TO OUR LETTER DATED 12/05/13". (Ex. "4").

12.     That same day, Plaintiff also received another Explanation of Benefits from Golden Rule that services provided on October 26, 2013 by Healthcare One were not covered and no benefits were provided and stated "PLEASE REFER TO OUR LETTER DATED 12/05/13" and "THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED. THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE." (Ex. "4"). Lastly, Plaintiff was provided with Explanation of Benefits from Golden Rule that all other services provided during his

neck surgery as well as postoperative services in October by various providers were not covered on the same basis as previous denials. (Ex. "4").

13.     Again, on December 17, 2013, Plaintiff was provided Explanation of Benefits from Golden Rule that confirmed that medical services provided during his neck surgery and postoperative services, including rehabilitation services, were not covered because "THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED.   THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE." (*Explanation of Benefits from Golden Rule*, 12/17/13, attached as Exhibit "5").

14.     Next, on December 20, 2013, Plaintiff received an Explanation of Benefits that services provided on December 3, 2015 by Healthcare One and services provided in October by Radiology Consultants were not covered and no benefits were provided on the same basis as the previous denials. (*Explanation of Benefits*, 12/20/13, attached as Exhibit "6").

15.     Finally, on January 2, 2014, Plaintiff was provided with an Explanation of Benefits from Golden Rule that all services provided by NeuroScience Specialists following the surgery were not covered and no benefits were provided on the same basis as the previous denials. (*Explanation of Benefits from Golden Rule*, 01/02/14, attached as Exhibit "7").

16.     The December 5, 2013 letter that Golden Rule directed Plaintiff to reference in the Explanation of Benefits documents states as follows:

As indicated in our previous letter[1], your coverage has been terminated.

After reviewing our records, it was determined that you are not due a refund. We apologize for any confusion our letter dated December 2, 2013, may have caused you.

If you have any questions or concerns, please contact our Client Services department.

*(Letter from Golden Rule to Reinaldo Lozano, 12/05/13, attached as Exhibit "9").*

17.    Upon information and belief, Plaintiff was informed by Golden Rule that it was going to seek reimbursement from Plaintiff's providers for any medical bills that were paid after Golden Rule terminated the Policy.

## FIRST CAUSE OF ACTION – BREACH OF CONTRACT

18.    Plaintiff hereby adopts and realleges each of the facts and allegations set forth in paragraphs 1-17 above.

19.    Golden Rule breached the contract by refusing to pay Plaintiff's health insurance claim and benefits that were covered and due under the Policy.

20.    As a direct result of Defendant's breach of contract, Plaintiff has suffered damages.

21.    Plaintiff has been forced and compelled to hire an attorney to prosecute this action.

22.    Plaintiff is entitled to recover his costs and attorney fees associated with this action.

23.    As a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has suffered damages in excess of Ten Thousand Dollars ($10,000),

---

[1] Although it references a "previous letter," Plaintiff has no record of receiving such a letter at any time, either prior to or after Golden Rule's December 5, 2013 letter, that explains or describes why the Policy was terminated.

with interest, costs, a reasonable attorney fee and all other relief which the Court may deem just and equitable.

## SECOND CAUSE OF ACTION – BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

24.     Plaintiff hereby adopts and realleges each of the facts and allegations set forth in paragraphs 1-23 above.

25.     As an insurance company licensed to do business in the State of Oklahoma, Defendant is bound by Oklahoma statutory and common law to honor its contractual obligations to its insureds in good faith.  As such, Defendant has and continues to have a duty to deal fairly and in good faith with Plaintiff, its insured.

26.     Defendant breached its duty to deal fairly and in good faith with Plaintiff because Defendant must conduct a full, fair and timely investigation and properly evaluate and promptly pay Plaintiff's claim.

27.     Defendant breached its duty to deal fairly and in good faith with Plaintiff because Defendant put its own interests ahead of Plaintiff by terminating the Policy and retroactively denying properly owed benefits in an attempt to save Defendant money.

28.     Defendant breached its duty to deal fairly and in good faith with Plaintiff because Defendant terminated the Policy without any policy provision basis and provided no explanation of the termination to Plaintiff.

29.     As a result Defendant's breach of their duty to deal fairly and in good faith, Plaintiff suffered damages in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332, with interest, costs, a reasonable attorney fee, and such other relief as may be just and equitable.

30. Defendant's breach of the duty of good faith and fair dealing was intentional and malicious.

31. Punitive damages should be awarded against Defendant in an amount sufficient to punish Defendant and deter others.

WHEREFORE, Plaintiff Reinaldo Lozano prays for judgment against Defendant Golden Rule Insurance Company for an amount in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332, together with costs, interest, reasonable attorney fees, and other relief which this Court deems just and equitable.

Respectfully submitted,

**ATTORNEYS' LIEN CLAIMED**
**JURY TRIAL DEMANDED**

Simone Gosnell Fulmer, OBA #17037
Jacob L. Rowe, OBA #21797
Harrison C. Lujan, OBA #30154
FULMER GROUP, PLLC
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73101
Phone/Fax:     (405) 510-0077
sfulmer@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
hlujan@fulmergrouplaw.com

**ATTORNEYS FOR PLAINTIFF**

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 09/04/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| | |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13238-42238-00 |

2488474C0E0058402

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910



| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 08/14-08/14/13 | INTEGRIS CANAD | 4638.00 | 3903.00 | 3903.00 | 01 | | 3903.00 | |
| **TOTALS** | | 4638.00 | 3903.00 | 3903.00 | | | 3903.00 | |

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | 3903.00 | |
|---|---|---|
| **B A L A N C E** | | |

- - - - - - - **REMARK SECTION** - - - - - - -

― $3903.00 OF YOUR 01/01/2013 THROUGH
12/31/2013 PLAN YEAR DEDUCTIBLE HAS BEEN
MET.  $6097.00 IS LEFT TO BE SATISFIED.

01 THE REPRICED AMOUNT REFLECTS A
NEGOTIATED FEE FROM A NETWORK
PROVIDER.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

PAYABLE AT:

| TOTAL AVAILABLE BENEFIT: | .00 |
|---|---|
| ADJUSTMENTS: | |

| TOTAL BENEFIT PAYABLE: | .00 |
|---|---|

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

# EXHIBIT 1

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

| TOTAL DRAFTS PAYABLE: | |
|---|---|

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 09/04/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13227-46715-00 |

2400474002008440

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 08/13-08/13/13 | HEALTHCARE ONE | 150.00 | .00 | 150.00 | 01 02 03 | | | |
| 08/13-08/13/13 | HEALTHCARE ONE | 99.00 | 60.68 | .00 | 03 | | | |
| 08/13-08/13/13 | HEALTHCARE ONE | 10.00 | 3.22 | .00 | 03 | | | |
| | TOTALS | 259.00 | 63.90 | 150.00 | | | | |

- - - - - - - **REMARK SECTION** - - - - - - - -

**01** THE CHARGE WAS REPRICED TO ZERO
BY YOUR NETWORK.

**02** CHARGE WAS REPRICED ACCORDING TO NETWORK
CONTRACT.

**03** YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

BALANCE
PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

PROVIDER
NAME

DRAFT
AMOUNT

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:**

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 09/04/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13242-49603-00 |



245847460200884493

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 08/14-08/14/13 | RADIOLOGY ASSO | 215.00 | 123.23 | 123.23 | 01 | | 123.23 | |
| 08/14-08/14/13 | RADIOLOGY ASSO | 215.00 | 123.23 | 123.23 | 01 | | 123.23 | |
| 08/14-08/14/13 | RADIOLOGY ASSO | 199.00 | 114.07 | 114.07 | 01 | | 114.07 | |
| **TOTALS** | | 629.00 | 360.53 | 360.53 | | | 360.53 | |

| | | |
|---|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | 360.53 |
| B A L A N C E | | |

-------- **REMARK SECTION** --------

-- $4263.53 OF YOUR 01/01/2013 THROUGH
12/31/2013 PLAN YEAR DEDUCTIBLE HAS BEEN
MET.  $5736.47 IS LEFT TO BE SATISFIED.

01 THE REPRICED AMOUNT REFLECTS A
NEGOTIATED FEE FROM A NETWORK
PROVIDER.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

### SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ **Golden Rule Insurance Company**
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**



| | |
|---|---|
| Date: | 10/15/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13267-42864-00 |

367647460C0202001
**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/19–09/19/13 | OKLAHOMA SPINE | 121.00 | 108.90 | .00 | 01 | | | |
| 09/19–09/19/13 | OKLAHOMA SPINE | 143.00 | 128.70 | .00 | 01 | | | |
| | **TOTALS** | 264.00 | 237.60 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

01 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR COPAYMENT AMOUNT**

**BALANCE**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13288-52174-00 |

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26–09/26/13 | OKLAHOMA RADIO | 40.00 | 13.77 | 13.77 | 01 | | 13.77 | |
| | **TOTALS** | 40.00 | 13.77 | 13.77 | | | 13.77 | |

-------- **REMARK SECTION** --------

01 THE REPRICED AMOUNT REFLECTS A
NEGOTIATED FEE FROM A NETWORK
PROVIDER.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| | COVERED BASE PLAN | COVERED MEDICAL |
|---|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | |
| B A L A N C E | | 13.77 |

PAYABLE AT:
100%                  13.77

**TOTAL AVAILABLE BENEFIT:** 13.77
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** 13.77

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| OKLAHOMA RADIO | 13.77 |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:** 13.77

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55261-01 |

394647460T0006803
REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 410.00 | 31.10 | 23.33 | 01 02 | | 23.33 | |
| **TOTALS** | | 410.00 | 31.10 | 23.33 | | | 23.33 | |

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | 23.33 |
| **B A L A N C E** | |

**·······  REMARK SECTION  ·······**

— $671.15 HAS BEEN APPLIED TO YOUR
 $20000 OUT OF NETWORK DEDUCTIBLE.

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT
 HAS AGREED TO A DISCOUNTED AMOUNT.

02 $7.77  IS THE TOTAL OUT OF NETWORK
 PENALTY ON THIS CLAIM, SINCE THE
 PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:**   .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**   .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

**EXHIBIT 2**

**TOTAL DRAFTS PAYABLE:**

If you have any questions about this claim or additional information you wish us to review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT



## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

2845674C0T0005807

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13277-60517-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | AMERICAN INTRA | 852.00 | 724.20 | 543.15 | 01 02 | | 543.15 | |
| 09/26-09/26/13 | AMERICAN INTRA | 250.00 | 212.50 | 159.38 | 01 02 | | 159.38 | |
| 09/26-09/26/13 | AMERICAN INTRA | 2856.00 | 2427.60 | 1820.70 | 01 02 | | 1820.70 | |
| 09/26-09/26/13 | AMERICAN INTRA | 921.00 | 782.85 | 587.14 | 01 02 | | 587.14 | |
| 09/26-09/26/13 | AMERICAN INTRA | 1965.00 | 1670.25 | 1252.69 | 01 02 | | 1252.69 | |
| **TOTALS** | | 6844.00 | 5817.40 | 4363.06 | | | 4363.06 | |

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | 2349.96 |
| B A L A N C E | 2013.10 |

------- **REMARK SECTION** -------

-- $10000.00 OF YOUR 01/01/2013 THROUGH
12/31/2013 PLAN YEAR DEDUCTIBLE HAS BEEN
MET.    $.00 IS LEFT TO BE SATISFIED.

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT
HAS AGREED TO A DISCOUNTED AMOUNT.

02  $1454.34  IS THE TOTAL OUT OF NETWORK
PENALTY ON THIS CLAIM, SINCE THE
PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

PAYABLE AT:
80%                    1610.48

**TOTAL AVAILABLE BENEFIT:**    1610.48
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    1610.48

### SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| AMERICAN INTRA | 1610.48 |



If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:**    1610.48

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13280-07384-00 |

2946474C0T0005508

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/30/13 | OKLAHOMA SPINE | 3200.00 | 2784.00 | 2088.00 | 01 02 | | 2088.00 | |
| 09/26-09/30/13 | OKLAHOMA SPINE | 55755.00 | 48568.00 | 36426.00 | 01 02 | | 36426.00 | |
| | **TOTALS** | 58955.00 | 51352.00 | 38514.00 | | | 38514.00 | |

**------- REMARK SECTION -------**

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT
HAS AGREED TO A DISCOUNTED AMOUNT.

02 $12838.00  IS THE TOTAL OUT OF NETWORK
PENALTY ON THIS CLAIM, SINCE THE
PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| | |
| **B A L A N C E** | 38514.00 |

PAYABLE AT:
80%          10389.52
100%         25527.10

**TOTAL AVAILABLE BENEFIT:**   35916.62

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**   35916.62

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| OKLAHOMA SPINE | 35916.62 |



If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

| **TOTAL DRAFTS PAYABLE:** | 35916.62 |
|---|---|

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55261-00 |

2946674COT0008802

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 137.50 | 10.31 | 7.74 | 01 02 | | 7.74 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 134.50 | 16.11 | 12.09 | 01 02 | | 12.09 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 200.00 | 15.00 | 11.25 | 01 02 | | 11.25 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 2683.75 | 241.54 | 181.16 | 01 02 | | 181.16 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1325.00 | 178.08 | 133.56 | 01 02 | | 133.56 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 358.75 | 48.96 | 36.72 | 01 02 | | 36.72 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 2015.75 | 110.72 | 83.04 | 01 02 | | 83.04 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1640.00 | 243.01 | 182.26 | 01 02 | | 182.26 | |
| | TOTALS | 8495.25 | 863.73 | 647.82 | | | 647.82 | |

**-------- REMARK SECTION --------**

— $647.82 HAS BEEN APPLIED TO YOUR
  $20000 OUT OF NETWORK DEDUCTIBLE.

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT
   HAS AGREED TO A DISCOUNTED AMOUNT.

02  $215.91  IS THE TOTAL OUT OF NETWORK
    PENALTY ON THIS CLAIM, SINCE THE
    PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | 647.82 |
|---|---|---|
| **B A L A N C E** | | |

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

### SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
  P.O. Box 31374
  Salt Lake City, Utah 84131-0374
  Telephone (800) 657-8205
  7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55262-00 |

29444746070008804
REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 550.00 | 412.50 | 309.38 | 01 02 | | 309.38 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 538.00 | 161.14 | 120.86 | 01 02 | | 120.86 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 800.00 | 600.00 | 450.00 | 01 02 | | 450.00 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 10735.00 | 9661.50 | 7246.13 | 01 02 | | 7246.13 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 5300.00 | 1780.75 | 1335.57 | 01 02 | | 1335.57 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1435.00 | 489.60 | 367.20 | 01 02 | | 367.20 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 8063.00 | 1107.21 | 830.41 | 01 02 | | 830.41 | |
| 09/26-09/26/13 | NEUROSCIENCE S | 6560.00 | 2430.12 | 1822.59 | 01 02 | | 1822.59 | |
| | TOTALS | 33981.00 | 16642.82 | 12482.14 | | | 12482.14 | |

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | 12482.14 |
| BALANCE | |

**PAYABLE AT:**

-------- **REMARK SECTION** --------

-- $7416.82 OF YOUR 01/01/2013 THROUGH 12/31/2013 PLAN YEAR DEDUCTIBLE HAS BEEN MET.  $2583.18 IS LEFT TO BE SATISFIED.

-- $17416.82 HAS BEEN APPLIED TO YOUR $20000 OUT OF NETWORK DEDUCTIBLE.

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT HAS AGREED TO A DISCOUNTED AMOUNT.

02 $4160.68  IS THE TOTAL OUT OF NETWORK PENALTY ON THIS CLAIM, SINCE THE PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND ANSWERS TO YOUR QUESTIONS 24/7 AT MYUHONE.COM

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

### SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions about this claim or additional information you wish us to review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**



204667400T0005806

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| | |
|---|---|
| Date: | 10/22/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55262-01 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26–09/26/13 | NEUROSCIENCE S | 1640.00 | 310.96 | 233.22 | 01 02 | | 233.22 | |
| **TOTALS** | | 1640.00 | 310.96 | 233.22 | | | 233.22 | |

| | | |
|---|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | 233.22 |
| **B A L A N C E** | | |

**- - - - - - - REMARK SECTION - - - - - - -**

— $7650.04 OF YOUR 01/01/2013 THROUGH 12/31/2013 PLAN YEAR DEDUCTIBLE HAS BEEN MET.  $2349.96 IS LEFT TO BE SATISFIED.

01 THE PROVIDER IS NOT IN YOUR NETWORK, BUT HAS AGREED TO A DISCOUNTED AMOUNT.

02  $77.74  IS THE TOTAL OUT OF NETWORK PENALTY ON THIS CLAIM, SINCE THE PROVIDER IS NOT IN YOUR NETWORK.

FIND INFORMATION ABOUT YOUR PLAN AND ANSWERS TO YOUR QUESTIONS 24/7 AT MYUHONE.COM

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:**  .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**  .00

## SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions about this claim or additional information you wish us to review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 10/29/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13287-05133-00 |

2018474600C0212301

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | AFFILIATED ANE | 3420.00 | 1746.00 | 1746.00 | 01 | | 1746.00 | |
| **TOTALS** | | 3420.00 | 1746.00 | 1746.00 | | | 1746.00 | |

**-------- REMARK SECTION --------**

01 THE REPRICED AMOUNT REFLECTS A
NEGOTIATED FEE FROM A NETWORK
PROVIDER.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | |
|---|---|---|
| **BALANCE** | | 1746.00 |

PAYABLE AT:
100%            1746.00

**TOTAL AVAILABLE BENEFIT:**  | 1746.00 |

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**  | 1746.00 |

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| AFFILIATED ANE | 1746.00 |

# EXHIBIT 3

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**  | 1746.00 |

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

340547450T0007202

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13267-42864-20 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/19-09/19/13 | OKLAHOMA SPINE | 121.00 | 108.90 | .00 | 01 02 | | | |
| 09/19-09/19/13 | OKLAHOMA SPINE | 143.00 | 128.70 | .00 | 01 02 | | | |
| | TOTALS | 264.00 | 237.60 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | |
|---|---|---|
| **B A L A N C E** | | |

PAYABLE AT:

| **TOTAL AVAILABLE BENEFIT:** | .00 |
|---|---|
| **ADJUSTMENTS:** | |

| **TOTAL BENEFIT PAYABLE:** | .00 |
|---|---|

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

# EXHIBIT 4

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

**Golden Rule Insurance Company**
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT



## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13325-52571-00 |

340847400T0007222

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/26-10/26/13 | HEALTHCARE ONE | 150.00 | | .00 | 01 02 | | | |
| 10/26-10/26/13 | HEALTHCARE ONE | 80.00 | | .00 | 01 02 | | | |
| 10/26-10/26/13 | HEALTHCARE ONE | 146.00 | 91.02 | .00 | 01 02 | | | |
| | TOTALS | 376.00 | 91.02 | .00 | | | | |

**LESS DEDUCTIBLE OR
COPAYMENT AMOUNT**

-------- **REMARK SECTION** --------

**AA** PLEASE REFER TO OUR LETTER DATED
12/05/13

**01** THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

**02** YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**B A L A N C E**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55261-20 |

3406474B0T0007203

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 137.50 | 10.31 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 134.50 | 16.11 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 200.00 | 15.00 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 2683.75 | 241.54 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1325.00 | 178.08 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 358.75 | 48.96 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 2015.75 | 110.72 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1640.00 | 243.01 | .00 | D1 | | | |
| **TOTALS** | | **8495.25** | **863.73** | **.00** | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | |
|---|---|---|---|
| **BALANCE** | | | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |
| **TOTAL DRAFTS PAYABLE:** | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ **Golden Rule Insurance Company**
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

340547460T0007206

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55262-20 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 550.00 | 412.50 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 538.00 | 161.14 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 800.00 | 600.00 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 10735.00 | 9661.50 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 5300.00 | 1780.75 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 1435.00 | 489.60 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 8063.00 | 1107.21 | .00 | D1 | | | |
| 09/26-09/26/13 | NEUROSCIENCE S | 6560.00 | 2430.12 | .00 | D1 | | | |
| | TOTALS | 33981.00 | 16642.82 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

AA PLEASE REFER TO LETTER
   DATED 12/5/13

RECONSIDERATION OF BENEFITS.

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR COPAYMENT AMOUNT**

**BALANCE**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:**    .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

340647460T000720G

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55262-21 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 1640.00 | 310.96 | .00 | 01 | | | |
| | TOTALS | 1640.00 | 310.96 | .00 | | | | |

- - - - - - - **REMARK SECTION** - - - - - - - -

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | |
|---|---|---|---|
| **B A L A N C E** | | | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00 |

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00 |

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:** | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |

340847400T000720a

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| | |
|---|---|
| Claimant: | REINALDO LOZANO |
| Control Number: | 13280-53793-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/30-09/30/13 | NEUROSCIENCE S | 285.00 | 277.83 | .00 | 01 | | | |
| 10/01-10/01/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | 01 | | | |
| 10/02-10/02/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| | TOTALS | 455.00 | 437.29 | .00 | | | | |

**LESS DEDUCTIBLE OR COPAYMENT AMOUNT**

-------- **REMARK SECTION** --------

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**B A L A N C E**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13282-56307-00 |

3408474S0T0007207

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/03-10/03/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | 01 | | | |
| 10/04-10/04/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/05-10/05/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/06-10/06/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| **TOTALS** | | 300.00 | 273.60 | .00 | | | | |

-------- **REMARK SECTION** --------

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

B A L A N C E

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

► Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13287-05133-20 |

340647400T0007208

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | AFFILIATED ANE | 3420.00 | 1746.00 | .00 | 01 | | | |
| | TOTALS | 3420.00 | 1746.00 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

AA PLEASE REFER TO OUR LETTER
DATED 12/5/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**            .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**            .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |
| **TOTAL DRAFTS PAYABLE:** | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13288-52174-20 |

3402074G0T0007299

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | OKLAHOMA RADIO | 40.00 | 13.77 | .00 | 01 | | | |
| | **TOTALS** | 40.00 | 13.77 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

AA PLEASE REFER TO OUR LETTER
DATED 12/5/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
| B A L A N C E | |

PAYABLE AT:

| | |
|---|---|
| **TOTAL AVAILABLE BENEFIT:** | .00 |
| **ADJUSTMENTS:** | |

| | |
|---|---|
| **TOTAL BENEFIT PAYABLE:** | .00 |

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |
| **TOTAL DRAFTS PAYABLE:** | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13289-55006-00 |

340647400T0007210

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/10-10/10/13 | NEUROSCIENCE  S | 65.00 | 57.07 | .00 | 01 | | | |
| | TOTALS | 65.00 | 57.07 | .00 | | | | |

**- - - - - - -  REMARK SECTION  - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | |
|---|---|---|
| B A L A N C E | | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**  .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**  .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

**Golden Rule Insurance Company**
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13289-55007-00 |

2408474680T0007211

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/12-10/12/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/13-10/13/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| | **TOTALS** | 130.00 | 114.14 | .00 | | | | |

**------- REMARK SECTION -------**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| **B A L A N C E** | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

► Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

**Golden Rule®**

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13289-55009-00 |

3406474EOT0007212

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/07-10/07/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | D1 | | | |
| 10/08-10/08/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | D1 | | | |
| 10/09-10/09/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | D1 | | | |
| | **TOTALS** | 235.00 | 216.53 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| B A L A N C E | |

PAYABLE AT:

TOTAL AVAILABLE BENEFIT:          .00
ADJUSTMENTS:

TOTAL BENEFIT PAYABLE:          .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

TOTAL DRAFTS PAYABLE:

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

340847480T0007213

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13294-61983-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/14-10/14/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/15-10/15/13 | NEUROSCIENCE S | 145.00 | 145.00 | .00 | 01 | | | |
| 10/16-10/16/13 | NEUROSCIENCE S | 161.00 | 149.07 | .00 | 01 | | | |
| TOTALS | | 371.00 | 351.14 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| BALANCE | |

PAYABLE AT:

| | |
|---|---|
| **TOTAL AVAILABLE BENEFIT:** | .00 |
| **ADJUSTMENTS:** | |

| **TOTAL BENEFIT PAYABLE:** | .00 |
|---|---|

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

If you have any questions about this claim or additional information you wish us to review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

| **TOTAL DRAFTS PAYABLE:** | |
|---|---|

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

3408474GDT0007214

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13295-47493-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/03-10/03/13 | OKLAHOMA MULTI | 448.00 | 225.50 | .00 | 01 | | | |
| 10/07-10/07/13 | OKLAHOMA MULTI | 230.00 | 119.00 | .00 | 01 | | | |
| 10/10-10/11/13 | OKLAHOMA MULTI | 460.00 | 238.00 | .00 | 01 | | | |
| 10/14-10/15/13 | OKLAHOMA MULTI | 460.00 | 238.00 | .00 | 01 | | | |
| | TOTALS | 1598.00 | 820.50 | .00 | | | | |

- - - - - - - **REMARK SECTION** - - - - - - - -

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**                .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**                .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

PROVIDER                                                DRAFT
NAME                                                    AMOUNT

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52761-00 |

340847400T0007215
REINALDO  LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/02-10/02/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 36.00 | 13.80 | .00 | | | | |

**- - - - - - -  REMARK SECTION  - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| B A L A N C E | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205



**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52762-00 |

3406474SOT0007210

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 190.00 | 52.81 | .00 | 01 02 | | | |
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 226.00 | 66.61 | .00 | | | | |

-------- **REMARK SECTION** --------

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR
COPAYMENT AMOUNT**

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**          .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**          .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**



| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |

340847480T0007217
**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| | |
|---|---|
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52764-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 36.00 | 13.80 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

B A L A N C E

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**          .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**          .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52765-00 |

340047400700072I0

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 36.00 | 13.80 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR
COPAYMENT AMOUNT**

**BALANCE**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**    .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52766-00 |

3406474607000721B

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 125.00 | 34.80 | .00 | 01 02 | | | |
| | **TOTALS** | 125.00 | 34.80 | .00 | | | | |

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
| B A L A N C E | |

**------- REMARK SECTION -------**

AA PLEASE REFER TO OUR LETTER DATED
   12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
   OUTPATIENT SERVICE. THE PROVIDER MAY
   BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

PAYABLE AT:

| | |
|---|---|
| **TOTAL AVAILABLE BENEFIT:** | .00 |
| **ADJUSTMENTS:** | |

| | |
|---|---|
| **TOTAL BENEFIT PAYABLE:** | .00 |

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

| | |
|---|---|
| **TOTAL DRAFTS PAYABLE:** | |

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13301-52767-00 |

340647400T0007230

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK  73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/02-10/02/13 | RADIOLOGY CONS | 190.00 | 52.81 | .00 | 01 02 | | | |
| | TOTALS | 190.00 | 52.81 | .00 | | | | |

**-------- REMARK SECTION --------**

AA PLEASE REFER TO OUR LETTER DATED
   12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
   OUTPATIENT SERVICE. THE PROVIDER MAY
   BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR
COPAYMENT AMOUNT**

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ **Golden Rule Insurance Company**
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

340847400T0007221

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/09/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13312-55867-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/25-10/25/13 | NEUROSCIENCE S | 0.00 | 36.33 | .00 | 01 02 | | | |
| 10/25-10/25/13 | NEUROSCIENCE S | 155.00 | 36.33 | .00 | 01 02 | | | |
| | TOTALS | 155.00 | 36.33 | .00 | | | | |

**-------- REMARK SECTION --------**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| **BALANCE** | |

**PAYABLE AT:**

| **TOTAL AVAILABLE BENEFIT:** | .00 |
|---|---|
| **ADJUSTMENTS:** | |

| **TOTAL BENEFIT PAYABLE:** | .00 |
|---|---|

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

| **TOTAL DRAFTS PAYABLE:** | |
|---|---|

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/17/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| | |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13275-55261-21 |

350647400C0230101

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | NEUROSCIENCE S | 410.00 | 31.10 | .00 | 01 | | | |
| | TOTALS | 410.00 | 31.10 | .00 | | | | |

**-------- REMARK SECTION --------**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**BALANCE**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

PROVIDER
NAME

DRAFT
AMOUNT

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)

**EXHIBIT 5**

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:**

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

3506674G0E0230102

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/17/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13277-60517-20 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/26/13 | AMERICAN INTRA | 852.00 | 724.20 | .00 | D1 | | | |
| 09/26-09/26/13 | AMERICAN INTRA | 250.00 | 212.50 | .00 | D1 | | | |
| 09/26-09/26/13 | AMERICAN INTRA | 2856.00 | 2427.60 | .00 | D1 | | | |
| 09/26-09/26/13 | AMERICAN INTRA | 921.00 | 782.85 | .00 | D1 | | | |
| 09/26-09/26/13 | AMERICAN INTRA | 1965.00 | 1670.25 | .00 | D1 | | | |
| TOTALS | | 6844.00 | 5817.40 | .00 | | | | |

-------- **REMARK SECTION** --------

AA CORRECTION TO FILE

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**   .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**   .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

**PROVIDER
NAME**

**DRAFT
AMOUNT**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶  Golden Rule Insurance Company
   P.O. Box 31374
   Salt Lake City, Utah 84131-0374
   Telephone (800) 657-8205
   7:00 am - 5:00 pm (CST)

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:**

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/17/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13280-07384-20 |

3500474G0C0130103

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/26-09/30/13 | OKLAHOMA SPINE | 3200.00 | 2784.00 | .00 | 01 | | | |
| 09/26-09/30/13 | OKLAHOMA SPINE | 55755.00 | 48568.00 | .00 | 01 | | | |
| | TOTALS | 58955.00 | 51352.00 | .00 | | | | |

| | |
|---|---|
| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
| BALANCE | |

- - - - - - - - **REMARK SECTION** - - - - - - - -

AA CORRECTION TO FILE

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

PAYABLE AT:

| TOTAL AVAILABLE BENEFIT: | .00 |
|---|---|
| ADJUSTMENTS: | |

| TOTAL BENEFIT PAYABLE: | .00 |
|---|---|

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |
| TOTAL DRAFTS PAYABLE: | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/17/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13295-43519-00 |

38064740000230104

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/30-10/16/13 | MERCY REHABILI | 12800.00 | 8192.00 | .00 | 01 | | | |
| 09/30-10/16/13 | MERCY REHABILI | 26427.95 | 17248.00 | .00 | 01 | | | |
| | TOTALS | 39227.95 | 25440.00 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

AA PLEASE REFER TO OUR LETTER DATED
12/05/13

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | | |
|---|---|---|---|
| **B A L A N C E** | | | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

## SUMMARY OF PAYMENT

Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-46861-00 |

3630474G000088502

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 12/03-12/03/13 | HEALTHCARE ONE | 150.00 | | .00 | 01 02 | | | |
| 12/03-12/03/13 | HEALTHCARE ONE | 146.00 | 91.02 | .00 | 01 02 | | | |
| | TOTALS | 296.00 | 91.02 | .00 | | | | |

**------- REMARK SECTION -------**

01 THESE EXPENSES WERE INCURRED AFTER THE COVERAGE TERMINATED. THE PROVIDER MAY BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS OUTPATIENT SERVICE. THE PROVIDER MAY BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND ANSWERS TO YOUR QUESTIONS 24/7 AT MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | |
|---|---|
| B A L A N C E | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

**EXHIBIT 6**

**TOTAL DRAFTS PAYABLE:**

If you have any questions about this claim or additional information you wish us to review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

3838474000065803

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172598 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-54743-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 190.00 | 52.81 | .00 | 01 02 | | | |
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | **TOTALS** | 226.00 | 66.61 | .00 | | | | |

**------- REMARK SECTION -------**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

B A L A N C E

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** | .00 |
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** | .00 |

SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

PROVIDER
NAME

DRAFT
AMOUNT

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

3536474000000004

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-54746-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 36.00 | 13.80 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR COPAYMENT AMOUNT**

**BALANCE**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:**    .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

UNS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

35394746000088808

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-54747-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/02-10/02/13 | RADIOLOGY CONS | 190.00 | 52.81 | .00 | 01 02 | | | |
| | TOTALS | 190.00 | 52.81 | .00 | | | | |

**------- REMARK SECTION -------**

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
   OUTPATIENT SERVICE. THE PROVIDER MAY
   BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

B A L A N C E

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**          .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**          .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

**Golden Rule®**

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-54748-00 |

3030474600006 6900
**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 125.00 | 34.80 | .00 | 01 02 | | | |
| TOTALS | | 125.00 | 34.80 | .00 | | | | |

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**- - - - - - - REMARK SECTION - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**B A L A N C E**

**PAYABLE AT:**

**TOTAL AVAILABLE BENEFIT:**     .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**     .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

3530474000005507

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| | |
|---|---|
| Date: | 12/20/2013 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13340-54756-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/01-10/01/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| | TOTALS | 36.00 | 13.80 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

LESS DEDUCTIBLE OR COPAYMENT AMOUNT

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

BALANCE

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

PAYABLE AT:

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

39364740000085508

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**



Date: 12/20/2013

Insured: REINALDO LOZANO

ID Number: 093172596

Claimant: REINALDO LOZANO

Control Number: 13340-54762-00

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/02-10/02/13 | RADIOLOGY CONS | 36.00 | 13.80 | .00 | 01 02 | | | |
| TOTALS | | 36.00 | 13.80 | .00 | | | | |

**- - - - - - - REMARK SECTION - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

02 YOUR PLAN DOES NOT COVER THIS
OUTPATIENT SERVICE. THE PROVIDER MAY
BILL YOU FOR THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:** .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:** .00

| SUMMARY OF PAYMENT |
|---|
| Drafts have been prepared for the following payees as indicated. |

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about is claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am - 5:00 pm (CST)

INS-EOB-EXT

**Golden Rule®**

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| | |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-59781-00 |

3056474C000152006

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 09/30-09/30/13 | NEUROSCIENCE S | 285.00 | 277.83 | .00 | 01 | | | |
| 10/01-10/01/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | 01 | | | |
| 10/02-10/02/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| TOTALS | | 455.00 | 437.29 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

**LESS DEDUCTIBLE OR**
**COPAYMENT AMOUNT**

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**            .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**            .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|

**EXHIBIT 7**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
   P.O. Box 31374
   Salt Lake City, Utah 84131-0374
   Telephone (800) 657-8205
   7:00 am – 5:00 pm (CST)

**TOTAL DRAFTS PAYABLE:**

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.**
**THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |

3886474000162801

**REINALDO LOZANO**
**114 N HOFF AVE**
**EL RENO OK 73036-2910**

| | |
|---|---|
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-47966-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/14-10/14/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/15-10/15/13 | NEUROSCIENCE S | 145.00 | 145.00 | .00 | 01 | | | |
| 10/16-10/16/13 | NEUROSCIENCE S | 161.00 | 149.07 | .00 | 01 | | | |
| | TOTALS | 371.00 | 351.14 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**    .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

## Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| | |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-57532-00 |

36554746000122602

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/10-10/10/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| | TOTALS | 65.00 | 57.07 | .00 | | | | |

**- - - - - - - - REMARK SECTION - - - - - - - -**

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

B A L A N C E

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**    .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    .00

**SUMMARY OF PAYMENT**
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-57533-00 |

30864746000162003

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/03-10/03/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | 01 | | | |
| 10/04-10/04/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/05-10/05/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/06-10/06/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| | TOTALS | 300.00 | 273.60 | .00 | | | | |

-------- **REMARK SECTION** --------

01 THESE EXPENSES WERE INCURRED AFTER THE
   COVERAGE TERMINATED. THE PROVIDER MAY
   BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

**B A L A N C E**

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**       .00

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**       .00

### SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:**

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

INS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374
(800) 657-8205



**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-58186-00 |

3S5047SG0D0152S04

**REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910**

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/12-10/12/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| 10/13-10/13/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | 01 | | | |
| | TOTALS | 130.00 | 114.14 | .00 | | | | |

**-------- REMARK SECTION --------**

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

| LESS DEDUCTIBLE OR COPAYMENT AMOUNT | | |
|---|---|---|
| **B A L A N C E** | | |

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**    | .00 |

**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**    | .00 |

## SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

| PROVIDER NAME | DRAFT AMOUNT |
|---|---|
| | |

**TOTAL DRAFTS PAYABLE:** | |

If you have any questions about this claim or additional information you wish us to review, please contact:

▶ Golden Rule Insurance Company
P.O. Box 31374
Salt Lake City, Utah 84131-0374
Telephone (800) 657-8205
7:00 am – 5:00 pm (CST)

DNS-EOB-EXT

# Golden Rule®

A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT  84131-0374
(800) 657-8205

**THIS IS AN EXPLANATION OF BENEFITS.
THIS IS NOT A BILL.**



3850476000152808

REINALDO LOZANO
114 N HOFF AVE
EL RENO OK 73036-2910

| | |
|---|---|
| Date: | 01/02/2014 |
| Insured: | REINALDO LOZANO |
| ID Number: | 093172596 |
| Claimant: | REINALDO LOZANO |
| Control Number: | 13336-59780-00 |

| SERVICE DATES | PROVIDER | TOTAL CHARGED | REPRICED AMOUNT | COVERED | REMARK CODE | COVERED BASE PLAN | COVERED MEDICAL | OTHER COVERED |
|---|---|---|---|---|---|---|---|---|
| 10/07-10/07/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | D1 | | | |
| 10/08-10/08/13 | NEUROSCIENCE S | 105.00 | 102.39 | .00 | D1 | | | |
| 10/09-10/09/13 | NEUROSCIENCE S | 65.00 | 57.07 | .00 | D1 | | | |
| **TOTALS** | | **235.00** | **216.53** | **.00** | | | | |

------- **REMARK SECTION** -------

01 THESE EXPENSES WERE INCURRED AFTER THE
COVERAGE TERMINATED. THE PROVIDER MAY
BILL YOU THE ORIGINAL TOTAL CHARGE.

FIND INFORMATION ABOUT YOUR PLAN AND
ANSWERS TO YOUR QUESTIONS 24/7 AT
MYUHONE.COM

LESS DEDUCTIBLE OR
COPAYMENT AMOUNT

B A L A N C E

PAYABLE AT:

**TOTAL AVAILABLE BENEFIT:**                     .00
**ADJUSTMENTS:**

**TOTAL BENEFIT PAYABLE:**                       .00

SUMMARY OF PAYMENT
Drafts have been prepared for the following payees as indicated.

PROVIDER                                          DRAFT
NAME                                              AMOUNT

If you have any questions
about this claim or additional
information you wish us to
review, please contact:

▶  Golden Rule Insurance Company
   P.O. Box 31374
   Salt Lake City, Utah 84131-0374
   Telephone (800) 657-8205
   7:00 am – 5:00 pm (CST)

INS-EOB-EXT

**TOTAL DRAFTS PAYABLE:**



December  5, 2013

REINALDO LOZANO
114 N HOFF AVE
EL RENO        OK 73036-2910

Subject:  ID Number 093-172-596        **CORRECTED LETTER**

Dear Mr. Lozano:

As indicated in our previous letter, your coverage has
been terminated.

After reviewing our records, it was determined that you
are not due a refund. We apologize for any confusion our
letter dated December 2, 2013, may have caused you.

If you have any questions or concerns, please contact
our Client Services department.

Sincerely,

Policy Administration

Golden Rule Insurance Company

Home Office
712 Eleventh Street
Lawrenceville, Illinois 62439
(800) 657-8205
www.myuhone.com

**EXHIBIT 8**

67RRV  PLT066-1