**COURTROOM MINUTE SHEET**

DATE    2-1-18

CIVIL NO.    CIV-15-1230    -F

Reinaldo Lozano -vs- Golden Rule Insurance Company

COMMENCED    1:30        ENDED    3:55        TOTAL TIME    2 hrs. 25 min.

PROCEEDINGS    Daubert hearing

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER TRACY WASHBOURNE

PLF COUNSEL Simone Fulmer, Andrea Rust

DFT COUNSEL Lance Clack

The court gives counsel the benefit of some preliminary thoughts with regard to expert reports and the pending Daubert motions.

The court hears arguments of counsel.

Defendant's Motion to Exclude Expert Testimony of Mort Welch (doc. no. 107) is **DENIED**, for the reasons set out in detail on the record.

Plaintiff's Motion to Exclude Testimony of Gary Chartier (doc. no. 109) is **GRANTED**, for the reasons set out in detail on the record.

Plaintiff's Motion to Exclude Expert Testimony of Dr. Randall Hendricks (doc. no. 110) is **CONDITIONALLY DENIED**, as set out in detail on the record.

15-1230x002.docx