IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| REINALDO LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C.A. No. 5:15-cv-01230-F |
| GOLDEN RULE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of the case, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

Respectfully Submitted

By: /s/ Andrea R. Rust
    Simone G. Fulmer, OBA #17037
    Jacob L. Rowe, OBA #21797
    Andrea R. Rust, OBA #30422

**FULMER SILL, PLLC**
1101 N. Broadway, Suite 102
P.O. Box 2448
Oklahoma City, OK  73102
Phone/Fax:  (405) 510-0077
sfulmer@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

ATTORNEY FOR PLAINTIFF

Respectfully submitted

By: /s/ Lance V. Clack
    Andrew G. Jubinsky, *admitted pro hac vice*
    Texas State Bar No. 11043000
    andy.jubinsky@figdav.com
    Lance V. Clack, admitted *pro hac vice*
    Texas State Bar No. 24040694
    lance.clack@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, TX  75202
(214) 939-2000
(214) 939-2090 (Fax)

and

Christopher A. Barrow, OBA #20027
**BARROW & GRIMM**
110 W. Seventh Street, Suite 900
Tulsa, OK 74119-1044
T: (918) 584-1600
F: (918) 585-2444
Email:  cbarrow@barrowgrimm.com

ATTORNEYS FOR DEFENDANT