IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REINALDO LOZANO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOLDEN RULE INSURANCE<br>COMPANY,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　C.A. No. 5:15-cv-01230-F<br>§<br>§<br>§<br>§ |

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that the case is DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SIGNED this 9th day of April, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

**AGREED:**

Respectfully Submitted

By: /s/  Andrea R. Rust
    Simone G. Fulmer, OBA #17037
    Jacob L. Rowe, OBA #21797
    Andrea R. Rust, OBA #30422

**FULMER SILL, PLLC**
1101 N. Broadway, Suite 102
P.O. Box 2448
Oklahoma City, OK  73102
Phone/Fax:  (405) 510-0077
sfulmer@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

ATTORNEY FOR PLAINTIFF

Respectfully submitted

By: /s/ Lance V. Clack
    Andrew G. Jubinsky, *admitted pro hac vice*
    Texas State Bar No. 11043000
    andy.jubinsky@figdav.com
    Lance V. Clack, *admitted pro hac vice*
    Texas State Bar No. 24040694
    lance.clack@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, TX  75202
(214) 939-2000
(214) 939-2090 (Fax)

and

Christopher A. Barrow, OBA #20027
**BARROW & GRIMM**
110 W. Seventh Street, Suite 900
Tulsa, OK 74119-1044
T: (918) 584-1600
F: (918) 585-2444
Email:  cbarrow@barrowgrimm.com

ATTORNEYS FOR DEFENDANT

15-1230p032.PO.docx